IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY ALAN DE BOCK,

    Plaintiff,                    No. CIV S-07-0309 WBS GGH PS

  vs.

IBEW LOCAL 1245, et al.,

    Defendants.             <ins>ORDER TO SHOW CAUSE</ins>

_____/

       By order filed February 15, 2007, this court directed plaintiff to file, within thirty days of the answer, a status report. Defendants filed an answer on February 21, 2007, and a status report on April 6, 2007, but reported that plaintiff did not participate in the meet and confer process or the status report as required by Fed. R. Civ. P. 26 and this court's order.

       Accordingly, IT IS ORDERED that plaintiff show cause in writing within fifteen days of this order why his action should not be dismissed.

DATED: 4/30/07

                                             /s/ Gregory G. Hollows

                                             UNITED STATES MAGISTRATE JUDGE

GGH:076/DeBock309.fsr

1