1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY ALAN DE BOCK,

11          Plaintiff,                    CIV-S-07-0309 WBS GGH PS

12      vs.

13   IBEW LOCAL 1245, et al.,

14          Defendants.                   ORDER

15   _____/

16          On October 29, 2007, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within ten days.  No objections were filed.

19          Accordingly, the court presumes any findings of fact are correct.  See Orland v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23          The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the Findings and Recommendations in full.

25   \\\\\

26   \\\\\

1

1        Accordingly, IT IS ORDERED that:

2        1.  The Findings and Recommendations filed October 29, 2007, are ADOPTED;

3 and

4        2. This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.

5 Civ. P. 41(b).

6 DATED:  January 11, 2008

7

8        WILLIAM B. SHUBB
         UNITED STATES DISTRICT JUDGE

9

10

11

12 debock.jo

13

14

15

16

17

18

19

20

21

22

23

24

25

26